**April 9, 1945.)**

In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION with Respect to ULYSSES S. ADLER, an Attorney, Respondent.— The record discloses that the

respondent has been guilty of unethical conduct in that he attempted to interfere with another attorney's retainer and to induce clients of that attorney to breach their contract with him. For such conduct the respondent is hereby censured. Any further transgressions of the ethics of the legal profession will result in more serious consequences. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.